1  Elibosang.CPL

ORIGINAL

2  LEONARDO M. RAPADAS
   United States Attorney
3  KARON V. JOHNSON
   Assistant U.S. Attorney
4  Suite 500, Sirena Plaza
   108 Hernan Cortez Ave.
5  Hagåtña, Guam 96910
   PHONE: (671) 472-7332
6  FAX: (671) 472-7334

**FILED**
DISTRICT COURT OF GUAM

JUL 1 7 2007 nbe

MARY L.M. MORAN
CLERK OF COURT

7  Attorneys for the United States of America

8
9                    IN THE UNITED STATES DISTRICT COURT

10                    FOR THE TERRITORY OF GUAM

11  UNITED STATES OF AMERICA,        )   CRIMINAL CASE NO.  **07-00062**
                                     )
12                  Plaintiff,       )   **COMPLAINT**
                                     )
13          vs.                      )   **THEFT OF GOVERNMENT PROPERTY**
                                     )   [18 U.S.C. § 641]
14  JOSEPH U.R.M. ELIBOSANG,         )
                                     )
15                  Defendant.       )
    _____)

16

17  THE UNDERSIGNED COMPLAINANT CHARGES UPON INFORMATION AND BELIEF

18  THAT:

19          On or about July 2, 2007, in the District of Guam, the defendant herein, JOSEPH U.R.M.

20  ELIBOSANG, did unlawfully and knowingly steal, purloin and convert to his use or the use of

21  another, and did without authority sell, convey and dispose of, a thing of value belonging to the

22  United States and a department and agency thereof, to-wit: metal plates, the property of the U.S.

23  National Park Service, said metal plates having a value of more than $1,000,

24          ALL IN VIOLATION of Title 18, United States Code, Section 641.

25  //

26  //

27

28                                      -1-

COMPLAINANT FURTHER STATES:

1. I, WILLIAM C. KLINE, JR., am a Special Agent employed by the Federal Bureau of Investigation, and make this affidavit in my official capacity. I have reviewed reports written by Guam Police Officers (GPD) B.A.C. Santos, Joseph Mansapit, and other GPD officers, and have conducted my own investigation as well. Based on the reports generated from the Guam Police Department, the following has occurred:

2. On July 5, 2007, an employee of the U.S. Department of the Interior National Park Service, Rose S.N. Manibusan, contacted the Guam Police Department to report the theft of thirty-four (34) bronze name plates which had been secured to the wall of the Asan Overlook of the War in the Pacific National Park. These name plates bore the names of Guam citizens and U.S. service men and women who had lost their lives during World War II, and were the property of the United States National Park Service, an agency of the United States.

3. Acting on this information, GPD officers distributed flyers describing these plates to metal scrap yard on Guam. On July 6, 2007, GPD officials received information from an informant that several of the pieces of the brass plates were sold to Xiong's Family Recycling. Officers went to Xiong's and ultimately recovered seven (7) of the plates which had been stolen from the Asan Overlook.

4. According to Xiong's Family Recycling records, the person selling these plates on July 2, 2007, provided a vehicle registration receipt for a 1993 Toyota Tercel, GLP # DED177A, which was registered to Valerie Ngirdimau. Ms. Ngirdimau was contacted later that day, and said that her uncle, Henry Eligosang, has had possession of the Tercel for several months. GPD officers contacted Mr. Eligosang, who said that his nephew Joseph Elibosang was driving the vehicle.

5. Later on July 6, Joseph Elibosang was located and requested to come to the Criminal Investigations Section of GPD for questioning. After being advised of his rights, Elibosang

//

-2-

admitted selling these plates, and others, to Xiong's Family Recycling. He admitted he had sold approximately 23 of the brass plates beginning on or about June 26, 2007.

 6. I have talked to National Park Service Special Agent Niel Okana, who advises me that he believes the plates are worth as much as $~~10,000~~ #1,700 won each.

FURTHER AFFIANT SAYETH NAUGHT.

WILLIAM C. KLINE, JR.
Special Agent
Federal Bureau of Investigation

**SUBSCRIBED AND SWORN** to before me on this ___17___ day of July, 2007.

ANITA A. SUKOLA
Designated Judge
District Court of Guam

-3-