| **Criminal Case Cover Sheet** | | **U.S. District Court** |
|---|---|---|

**Place of Offense:**

City _____Hagåtña_____   **Related Case Information:**

Country/Parish ____N/A____   Superseding Indictment _____ Docket Number _07-00062_
                              Same Defendant _____ New Defendant ___XXX___
                              Search Warrant Case Number _____
                              R 20/ R 40 from District of _____

**Defendant Information:**

Juvenile: Yes _____ No __X__   Matter to be sealed: _____ Yes __X__ No

Defendant Name     JOSEPH U.R.M. ELIBOSANG

Allisas Name       _____

Address            _____
                   _____

Birthdate __xx/xx/1983__ SS# __XXX-XX-2518__     Sex _M_   Race _Chamorro/Palau_ Nationality_____

**U.S. Attorney Information:**

AUSA Karon V. Johnson

Interpreter: __XXX__ No _____ Yes    List language and/or dialect: _____

**Location Status:**

Arrest Date _____

___ Already in Federal Custody as of _____ in _____

___ Already in State Custody

___ On Pretrial Release

**RECEIVED JUL 17 2007 DISTRICT COURT OF GUAM HAGATNA, GUAM**

**U.S.C. Citations**
Total # of Counts: ___1___    _____ Petty _____ Misdemeanor __X__ Felony

|     | **Index Key/Code** | **Description of Offense Charged** | **Count(s)** |
|-----|--------------------|-----------------------------------|--------------|
| Set 1 | 18 U.S.C. § 641 | Theft of Government Property | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |

(May be continued on reverse)

Date: __7/16/07__   Signature of AUSA: _Karon V. Johnson_

ORIGINAL