Elibosang.WRT

LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
Telephone: (671) 472-7332
Facsimile: (671) 472-7334

Attorneys for the United States of America

ORIGINAL

**FILED**
DISTRICT COURT OF GUAM

JUL 17 2007

**MARY L.M. MORAN**
**CLERK OF COURT**

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF GUAM

**07-00062**

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br><br>Plaintiff, )<br><br>vs. )<br><br>JOSEPH U. R. M. ELIBOSANG, )<br><br>Defendant. ) | CRIMINAL CASE NO. _____<br><br>**WRIT OF HABEAS CORPUS**<br>**AD PROSEQUENDUM** |

TO: OFFICER IN CHARGE
Territorial Detention Center
Territory of Guam

This Court finds that JOSEPH U. R. M. ELIBOSANG, is now in the custody of the

Territorial Detention Center, and that said prisoner is required to appear before this Court on

July 17, 2007, at 10:30 a.m. for an initial appearance in the United States District Court of

Guam.

**IT IS HEREBY ORDERED** that the Officer in Charge of the Territorial Detention

Center or his authorized agent, or any Federal law enforcement agent shall produce JOSEPH U.

R. M. ELIBOSANG before this Court on July 17, 2007, at 10:30 a.m., and whenever necessary

-1-

hereafter to attend court appearances in the above-entitled case and upon completion of said prosecution and/or Court appearances and/or upon further order of the Court, return said prisoner to their place of confinement.

**SO ORDERED** this ___*17*___ day of July, 2007.

ANITA A. SUKOLA
Designated Judge
District Court of Guam

SUBMITTED BY:

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: _____
KARON V. JOHNSON
Assistant U.S. Attorney

-2-