# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# INITIAL APPEARANCE

CASE NO.: CR-07-00062-001 　　　　　　　　　　　　　DATE: July 17, 2007

HON. MICHAEL J. BORDALLO, Designated Judge, Presiding
Law Clerk: Jennifer Moton　　　　　　　　Court Reporter: Wanda Miles
Courtroom Deputy: Leilani Toves Hernandez　　Electronically Recorded: 10:34:53 - 10:38:55
CSO: F. Tenorio / J. Lizama

**APPEARANCES:**

Defendant: Joseph U.R.M. Elibosang　　　　　Attorney: John Gorman
　　Present　Custody　Bond　P.R.　　　　　　Present　Retained　FPD　CJA

U.S. Attorney: Karon Johnson　　　　　　　U.S. Agent: Bill Cline, F.B.I.
U.S. Probation: Christopher Duenas　　　　U.S. Marshal: C. Marquez / G. Perez
Interpreter:　　　　　　　　　　　　　　Language:

**PROCEEDINGS: Initial Appearance on a Complaint**

- Federal Public Defender appointed to represent the defendant.
- Defendant waives reading of Complaint.
- Defense's oral motion for a Detention Hearing was granted.
- Detention Hearing set for: July 24, 2007 at 9:30 a.m.
- Preliminary Examination set for: July 27, 2007 at 10:30 a.m.
- Defendant remanded to the custody of the U.S. Marshals Service for: Detention

NOTES: