
DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br>vs.<br><br>**JOSEPH U.R.M. ELIBOSANG,**<br><br>　　　　　Defendant. | CRIMINAL CASE NO. 07-00062-001<br><br>**APPOINTMENT ORDER** |

IT IS HEREBY ORDERED that the **FEDERAL PUBLIC DEFENDER** is appointed to represent the defendant in the above-entitled case.

Dated this 17th day of July, 2007.

_____
MICHAEL J. BORDALLO, Designated Judge
DISTRICT COURT OF GUAM

ORIGINAL