# UNITED STATES DISTRICT COURT

_____ DISTRICT OF _____ GUAM _____

UNITED STATES OF AMERICA
V.

**JOSEPH U.R.M. ELIBOSANG**

SUMMONS IN A CRIMINAL CASE

Case Number: CR-07-00062-001

(Name and Address of Defendant)

RECEIVED JUL 1 2007 US MARSHALS SERVICE-GUAM

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place<br>4th FLOOR, U.S. COURTHOUSE<br>520 WEST SOLEDAD AVENUE<br>HAGATNA, GUAM 96910 | Room<br>COURTROOM |
|---|---|
| | Date and Time<br>Tuesday, July 17, 2007 at 10:30 a.m. |
| Before: HONORABLE MICHAEL J. BORDALLO, Designated Judge | |

To answer a(n)
☐ Indictment  ☐ Information  **X** Complaint  ☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Pretrial Violation Notice

Charging you with a violation of Title ____18____ United States Code, Section(s) ____641____

Brief description of offense:

Theft of Government Property

**FILED**
DISTRICT COURT OF GUAM
JUL 20 2007
MARY L.M. MORAN
CLERK OF COURT

_____
MICHAEL J. BORDALLO, Designated Judge
Name and Title of Issuing Officer

_____
Signature of Issuing Officer

July 17, 2007
Date

**ORIGINAL**

AO83 (Rev. 10/03) Summons in a Criminal Case

## RETURN OF SERVICE

Service was made by me on:[1]     Date     7/17/2007

Check one box below to indicate appropriate method of service

☑ Served personally upon the defendant at:

UNITED STATES MARSHALS SERVICE
ATTN:
520 W. SOLEDAD AVE, SUITE 344
HAGATNA, GUAM 96910

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was left:

☐ Returned unexecuted:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on    7/17/2007
           Date

J. [signature]
Name of United States Marshal

[signature]
(by) Deputy United States Marshal

Remarks:

---

[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.

I HAVE SERVED THE WITHIN _____
ON  7/11/07 @ 15:03  (WRIT/ORDER) BY LEAVING WITH
(DATE & TIME)
J. Mateo
(NAME & TITLE OF INDIVIDUAL SERVED)
J. ____
V. Ro___ USM
BY: _____

**FILED**
DISTRICT COURT OF GUAM
JUL 20 2007
MARY L.M. MORAN
CLERK OF COURT