JOHN T. GORMAN
Federal Public Defender
First Hawaiian Bank Building
400 Route 8, Suite 501
Mongmong, Guam 96910
Telephone: (671) 472-7111
Facsimile: (671) 472-7120

Attorney for Defendant
JOSEPH U.R.M. ELIBOSANG

FILED
DISTRICT COURT OF GUAM
JUL 23 2007
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR 07-00062 |
| | ) |
| Plaintiff, | ) STIPULATION TO TAKE DETENTION |
| | ) HEARING OFF CALENDAR |
| vs. | ) |
| | ) |
| JOSEPH U.R.M. ELIBOSANG, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## STIPULATION TO TAKE DETENTION HEARING OFF CALENDAR

IT IS HEREBY STIPULATED AND AGREED by and between the parties herein that the Detention Hearing currently set for July 24, 2007, at 9:30 a.m. be taken off the Court's calendar.

The parties request that this matter be taken off the Court's calendar as the defendant is not contesting the Court's detention order at this time.

ORIGINAL

IT IS SO STIPULATED:

DATED: Mongmong, Guam, July 23, 2007.

JOHN T. GORMAN
Attorney for Defendant
JOSEPH U.R.M. ELIBOSANG

KARON V. JOHNSON
Attorney for Plaintiff
UNITED STATES OF AMERICA

2