JOHN T. GORMAN
Federal Public Defender
First Hawaiian Bank Building
400 Route 8, Suite 501
Mongmong, Guam 96910
Telephone:   (671) 472-7111
Facsimile:   (671) 472-7120

Attorney for Defendant
JOSEPH U.R.M. ELIBOSANG

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| UNITED STATES OF AMERICA, | ) CR 07-00062 |
|---|---|
| Plaintiff, | ) ORDER re STIPULATION TO TAKE |
| vs. | ) DETENTION HEARING OFF COURT'S ) CALENDAR |
| JOSEPH U.R.M. ELIBOSANG, | ) |
| Defendant. | ) |

The Stipulation filed on July 23, 2007 to take the July 24, 2007 Detention Hearing off the Court's calendar is HEREBY APPROVED and So ORDERED.



**/s/ Frances M. Tydingco-Gatewood**
     **Chief Judge**
**Dated: Jul 23, 2007**