ORIGINAL

Elibosang.ind

LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
PHONE: (671) 472-7332
FAX: (671) 472-7334

Attorneys for the United States of America

FILED
DISTRICT COURT OF GUAM
JUL 25 2007
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,  <br>    Plaintiff,  <br>vs.  <br>JOSEPH U.R.M. ELIBOSANG,  <br>    Defendant. | CRIMINAL CASE NO. 07-00062  <br>**INDICTMENT**  <br>**THEFT OF GOVERNMENT PROPERTY**  <br>[18 U.S.C. § 641] (Count I)  <br>**DESTRUCTION OF VETERANS' MEMORIALS**  <br>[18 U.S.C. § 1369] (Count II)  <br>**CRIMINAL CONSPIRACY TO TRANSPORT STOLEN GOODS IN FOREIGN COMMERCE**  <br>[18 U.S.C. § 2314] (Count III) |

THE GRAND JURY CHARGES:

COUNT I - THEFT OF GOVERNMENT PROPERTY

On or about July 2, 2007, in the District of Guam, the defendant herein, JOSEPH U.R.M. ELIBOSANG, did unlawfully and knowingly steal, purloin and convert to his use or the use of another, and did without authority sell, convey and dispose of, a thing of value belonging to the

1

United States and a department and agency thereof, to-wit: metal plaques, the property of the U.S. National Park Service, said metal plaques having a value of more than $1,000, in violation of Title 18, United States Code, Section 641.

## COUNT II - DESTRUCTION OF VETERANS' MEMORIALS

On or about July 2, 2007, in the District of Guam, the defendant herein, JOSEPH U.R.M. ELIBOSANG, did unlawfully and willfully injure and destroy plaques and monuments on public property commemorating the service of persons in the armed forces of the United States, said plaques and monuments being located on property owned by, or under the jurisdiction of, the Federal Government, to-wit: the Asan Overlook of the War in the Pacific National Park, in violation of Title 18, United States Code, Section 1369.

## COUNT III - CONSPIRACY TO TRANSPORT STOLEN GOODS IN FOREIGN COMMERCE

On or about July 2, 2007, within the District of Guam and elsewhere, the defendant herein, JOSEPH U.R.M. ELIBOSANG, did unlawfully, willfully, and knowingly combine, conspire, confederate and agree with other persons both known and unknown to the Grand Jury, to commit an offense against the United States, to-wit: transportation of stolen goods in interstate or foreign commerce, in violation of Title 18, United States Code, Section 2314, and did commit an overt act in furtherance of said conspiracy and to achieve the object thereof, to-wit: by selling

//
//
//
//

2

Case 1:07-cr-00062   Document 9   Filed 07/25/2007   Page 2 of 3

plaques stolen from the Asan Overlook of the War in the Pacific National Park to employees of Xiong's Family Recycling, in violation of Title 18, United States Code, Section 371.

Dated this 25th day of July 2007.

A TRUE BILL.

███████████████

Foreperson

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: /s/ Karon V. Johnson
KARON V. JOHNSON
Assistant U.S. Attorney

Reviewed:

By: /s/ Jeffrey J. Strand
JEFFREY J. STRAND
First Assistant U.S. Attorney

3