**IN THE DISTRICT COURT OF GUAM**
**TERRITORY OF GUAM**
**CRIMINAL MINUTES**
**INITIAL APPEARANCE**

CASE NO.: CR-07-00062-001　　　　　　　　　　　　　DATE: July 27, 2007

HON. FRANCES M. TYDINGCO-GATEWOOD, Chief Judge, Presiding

Law Clerk: None Present　　　　　　　　Court Reporter: Wanda Miles
Courtroom Deputy: Leilani Toves Hernandez　　　Electronically Recorded: 11:18:00 - 11:22:30
CSO: J. Lizama / F. Tenorio

**APPEARANCES:**

Defendant: Joseph U.R.M. Elibosang　　　　Attorney: John Gorman
　Present　Custody　Bond　P.R.　　　　　Present　Retained　FPD　CJA

U.S. Attorney: Karon Johnson　　　　　　U.S. Agent: Bill Kline, F.B.I.
U.S. Probation: Maria Cruz　　　　　　　U.S. Marshal: T. Muna
Interpreter:　　　　　　　　　　　　　Language:

**PROCEEDINGS: Initial Appearance on an Indictment and Arraignment**

- Defendant arraignment and advised of his rights, charges, and penalties.
- Defendant waives reading of Indictment.
- Plea entered: Not guilty
- Trial set for: September 20, 2007 at 9:30 a.m.
- Defendant remanded to the custody of the U.S. Marshals Service for: Detention

NOTES: