AO83 (Rev. 10/03) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT

DISTRICT OF _____GUAM_____

**FILED**
DISTRICT COURT OF GUAM
JUL 27 2007
MARY L.M. MORAN
CLERK OF COURT

UNITED STATES OF AMERICA
V.

**SUMMONS IN A CRIMINAL CASE**

**JOSEPH U.R.M. ELIBOSANG**

Case Number: **CR-07-00062**

(Name and Address of Defendant)

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | Room |
|---|---|
| **District Court of Guam**<br>**4th Floor, U.S. Courthouse**<br>**520 West Soledad Avenue** | 413 |
| | Date and Time |
| Before: **Honorable Frances Tydingco-Gatewood** | **Friday, July 27, 2007 at 10:30 a.m.** |

To answer a(n)

X Indictment ☐ Information ☐ Complaint ☐ Probation Violation Petition ☐ Supervised Release Violation Petition X Violation Notice

Charging you with a violation of Title _____ United States Code, Section(s) _____

Brief description of offense:

RECEIVED
JUL 2 2007
US [illegible]

**Count 1 - Theft of Government Property, 18 U.S.C. § 641**
**Count 2 - Destruction of Veterans' Memorials, 18 U.S.C. § 1369**
**Count 3 - Criminal Conspiracy to Transport Stolen Goods in Foreign Commerce, 18 U.S.C. § 2314**

**WALTER M. TENORIO, Deputy Clerk**
Name and Title of Issuing Officer

_/s/_ Signature of Issuing Officer

**July 25, 2007**
Date

ORIGINAL

AO83 (Rev. 10/03) Summons in a Criminal Case

# RETURN OF SERVICE

| | Date |
|---|---|
| Service was made by me on:[1] | 7/27/2007 |

Check one box below to indicate appropriate method of service

☑ Served personally upon the defendant at: USMS 10/64 Cellblock

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was left:

☐ Returned unexecuted:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on  7/27/2007
             Date

J. Salas
Name of United States Marshal

_____
(by) Deputy United States Marshal

Remarks:

---

[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.