# UNITED STATES DISTRICT COURT

DISTRICT OF _____ GUAM

United States of America

## NOTICE

V.

**Joseph U.R.M. Elibosang**                    CASE NUMBER:  **CR-07-00062-001**

TYPE OF CASE:

☐  **CIVIL**         **X   CRIMINAL**

X   **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| District Court of Guam<br>3rd Floor, U.S. Courthouse<br>520 West Soledad Avenue, Hagåtña, GU 96910 | Courtroom<br>DATE AND TIME<br>Friday, August 3, 2007 @ 9:00 a.m. |

TYPE OF PROCEEDING

**DETENTION HEARING**

☐   **TAKE NOTICE** that a proceeding in this case has been rescheduled as indicated below:

| PLACE<br>**District Court of Guam**<br>**4th Floor, U.S. Courthouse**<br>**520 West Soledad Avenue**<br>**Hagatna, GU 96910** | DATE AND TIME PREVIOUSLY<br>SCHEDULED | RESCHEDULED TO DATE<br>AND TIME |
|---|---|---|
| | | |

**MARY L. M. MORAN, CLERK OF COURT**

U.S. MAGISTRATE JUDGE OR CLERK OF COURT

**August 2, 2007**                    /s/ Leilani R. Toves Hernandez

DATE                              (BY) DEPUTY CLERK

TO:   U.S. Attorney's Office
      Federal Public Defender
      U.S. Probation Office
      U.S. Marshals Service