JOHN T. GORMAN
Federal Public Defender
First Hawaiian Bank Building
400 Route 8, Suite 501
Mongmong, Guam 96910
Telephone: (671) 472-7111
Fax: (671) 472-7120

Attorney for Defendant
JOSEPH U.R.M. ELIBOSANG

**FILED**
DISTRICT COURT OF GUAM

AUG 24 2007

JEANNE G. QUINATA
Clerk of Court

# IN THE UNITED STATES DISTRICT COURT

# FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR 07-00062 |
| ) | |
| Plaintiff, ) | STIPULATION TO CONTINUE TRIAL |
| ) | DATE AND EXCLUDING TIME |
| vs. ) | |
| ) | |
| JOSEPH U.R.M. ELIBOSANG, ) | |
| ) | |
| Defendant, ) | |
| ) | |

IT IS HEREBY STIPULATED AND AGREED by and between the parties herein that the Defendant's Trial presently scheduled for September 20, 2007, at 9:30 a.m., be continued for approximately one month, or a date convenient for the Court's calendar.

The parties request this continuance to allow defense counsel to conduct further investigation and research for trial. In addition, defense counsel will be unavailable from August 27, 2007 to September 24, 2007. Also, government counsel will be unavailable from September 8, 2007 to October 10, 2007.

**ORIGINAL**

IT IS FURTHER STIPULATED AND AGREED by and between the parties that the time period beginning and including September 20, 2007, to and including the new trial date of October _____, 2007, be excluded from the computations required by the Speedy Trial Act, 18 U.S.C. § 3161.

Mr. Elibosang has been consulted with and fully agrees with the proposed continuance.

Therefore, for the reasons set forth in this stipulation, the parties respectfully submit that this continuance is in Mr. Elibosang's best interests, furthers judicial economy and efficiency and is in society's best interests. Thus, the ends of justice are best served by this proposed continuance.

IT IS SO STIPULATED:

DATED: Mongmong, Guam, August 23, 2007.

_____
JOHN T. GORMAN
Attorney for Defendant
JOSEPH U.R.M. ELIBOSANG

_____
KARON V. JOHNSON
Attorney for Plaintiff
UNITED STATES OF AMERICA

2