
JOHN T. GORMAN
Federal Public Defender
First Hawaiian Bank Building
400 Route 8, Suite 501
Mongmong, Guam 96910
Telephone: (671) 472-7111
Facsimile: (671) 472-7120

Attorney for Defendant
JOSEPH U.R.M. ELIBOSANG

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR 07-00062 |
| ) | |
| Plaintiff, ) | MOTION TO SCHEDULE CHANGE OF |
| ) | PLEA HEARING AND VACATE TRIAL |
| vs. ) | DATE |
| ) | |
| JOSEPH U.R.M. ELIBOSANG, ) | |
| ) | |
| Defendant. ) | |
| ) | |

COMES NOW the defendant, JOSEPH U.R.M. ELIBOSANG, through counsel, John T. Gorman, Federal Public Defender, and moves this Honorable Court to schedule a hearing for defendant's change of plea from not guilty to plea of guilty and to vacate the trial date currently scheduled for October 30, 2007. There is no written plea agreement in this case.

DATED: Mongmong, Guam, October 25, 2007.

JOHN T. GORMAN
Attorney for Defendant
JOSEPH U.R.M. ELIBOSANG

## CERTIFICATE OF SERVICE

I, RENATE A. DOEHL, hereby certify that a true and exact copy of the foregoing document was filed with U.S. District Court and electronically served by the U.S. District Court Clerk's Office to the following on October 25, 2007:

>KARON V. JOHNSON
>Special Assistant United States Attorney
>Sirena Plaza
>108 Hernan Cortez, Ste. 500
>Hagatna, Guam 96910
>
>Attorney for Plaintiff
>UNITED STATES OF AMERICA
>
>
>ROSSANNA VILLAGOMEZ-AGUON
>Chief U.S. Probation Officer
>U.S. Probation Office
>Districts of Guam and NMI
>2nd Floor, U.S. District Court

DATED: Mongmong, Guam, October 25, 2007.

RENATE DOEHL
Operations Administrator to

JOHN T. GORMAN
Attorney for Defendant
JOSEPH U.R.M. ELIBOSANG