JOHN T. GORMAN
Federal Public Defender
First Hawaiian Bank Building
400 Route 8, Suite 501
Mongmong, Guam 96910
Telephone: (671) 472-7111
Facsimile: (671) 472-7120

Attorney for Defendant
JOSEPH U.R.M. ELIBOSANG

IN THE DISTRICT COURT OF GUAM

| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 07-00062 |
|---|---|---|
| Plaintiff, | ) | |
| | ) | ORDER |
| vs. | ) | re Motion to Schedule Change of Plea |
| | ) | Hearing Date |
| JOSEPH U.R.M. ELIBOSANG, | ) | |
| Defendant. | ) | |

At the request of the Defendant,

IT IS HEREBY ORDERED that a Change of Plea Hearing be scheduled for Monday, October 29, 2007, at 1:30 p.m.



**/s/ Joaquin V.E. Manibusan, Jr.**
   **U.S. Magistrate Judge**
**Dated: Oct 25, 2007**