# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# CHANGE OF PLEA

CASE NO.: CR-07-00062-001          DATE: October 29, 2007

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding

Law Clerk: Judith P. Hattori            Court Recorder: Francine A. Diaz
Courtroom Deputy: Francine A. Diaz / Leilani Toves Hernandez    Electronically Recorded: 2:59:41 - 3:22:20
CSO: F. Tenorio

**APPEARANCES:**

| Defendant: Joseph U.R.M. Elibosang | Attorney: John Gorman |
|---|---|
| Present  Custody  Bond  P.R. | Present  Retained  FPD  CJA |

U.S. Attorney: Karon Johnson              U.S. Agent: Bill Kline, F.B.I.
U.S. Probation: Judy Ocampo               U.S. Marshal: T. Muna
Interpreter:                              Language:

**PROCEEDINGS: Change of Plea**

- Defendant consented to enter his plea before a U.S. Magistrate Judge.
- Defendant sworn and examined.
- Plea entered: Guilty to Counts I, II and III. No written plea agreement, see attached statement of facts.
- Report and Recommendation executed by the Court.
- Sentencing set for: January 28, 2008 at 9:00 a.m.
- Draft Presentence Report due to the parties: 12/24/2007
- Response to Presentence Report: 1/07/2008
- Final Presentence Report due to the Court: 1/21/2008
- Defense's oral motion to modify defendant's release conditions to be submitted to the Chief Judge for disposition.
- Defendant released as previously ordered by this Court.

NOTES:

Office of the
# FEDERAL PUBLIC DEFENDER
**District of Guam**
400 Route 8, Suite 501
Mongmong, Guam 96910

John T. Gorman  
Federal Public Defender

Telephone: (671) 472-7111  
Facsimile: (671) 472-7120

October  26, 2007

Judith Hattori  
Law Clerk  
U.S. District Court  
Anigua, Guam

RE: JOSEPH U.R.M. ELIBOSANG, CR 07-00062

Dear Judith:

My client is prepared to allocute to the following stipulated facts at his guilty plea hearing on Monday, October 29, 2007 at 1:30 p.m.

"I was born in 1983 and I am a U.S. citizen.

**Theft of Government Property:** On or about July 2, 2007, I unlawfully and knowingly stole metal plaques, which belonged to the U.S. National Park Service, with the intention of depriving the U.S. government of the use and benefit of these plaques. These plaques had a value of more than $1,000. This took place at a property under the jurisdiction of the U.S. Government, namely the Asan Overlook of the War in the Pacific National Park, located in Piti, Guam.

**Destruction of Veterans' Memorials:** On or about July 2, 2007, I unlawfully and willfully injured and destroyed plaques and monuments on public property commemorating the service of persons in the armed forces of the U.S. This plaques and monuments were located on a property under the jurisdiction of the U.S. Government, namely the Asan Overlook of the War in the Pacific National Park, located in Piti, Guam.

**Criminal Conspiracy to Transport Stolen Goods in Foreign Commerce:** On or about July 2, 2007, in the District of Guam, I willfully and knowingly agreed with at least two other persons to commit an offense against the U.S., namely, the transportation of stolen goods in foreign commerce. I knew this conspiracy's object was to steal. sell and transport in foreign commerce stolen war memorial plaques. I intended to deprive the U.S. government of the benefit of these plaques permanently. These stolen plaques were worth over $5,000. In furtherance of this conspiracy, I committed the overt act of selling plaques stolen from the Asan Overlook of the War in the Pacific National Park to employees of Xiong's Family Recycling."

Please do not hesitate to contact me if you have any questions.

Sincerely,

John T. Gorman
Federal Public Defender