# FILED
DISTRICT COURT OF GUAM

OCT 2 9 2007

JEANNE G. QUINATA
Clerk of Court

## IN THE UNITED STATES DISTRICT COURT
## FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 07-00062 |
| Plaintiff, ) | |
| ) | **CONSENT TO RULE 11 PLEA IN** |
| vs. ) | **A FELONY CASE BEFORE UNITED** |
| ) | **STATES MAGISTRATE JUDGE** |
| JOSEPH U.R.M. ELIBOSANG, ) | |
| Defendant. ) | |

I have been advised by my attorney and by the United States Magistrate Judge of my right to enter my plea in this case before a United States District Judge. I hereby declare my intention to enter pleas of guilty in the above case, and I request and consent to the Magistrate Judge conducting the proceedings required by Rule 11, Federal Rules of Criminal Procedure, incident to the making of such pleas. I understand that if the United States Magistrate Judge recommends that the pleas of guilty be accepted, a presentence investigation and report will be ordered pursuant to Rule 32, Federal Rules of Criminal Procedure. I further understand that the assigned United States District Judge will then act on the Magistrate Judge's Report and Recommendation; and, if the pleas of guilty are accepted, will adjudicate guilt and schedule a

///
///
///
///
///

1  sentencing hearing at which the District Judge will decide whether to accept or reject any

2  associated plea agreement, and will determine and impose sentence.

3       DATED this 29th day of October 2007.

4

5

6                                                        

7                           JOSEPH U.R.M. ELIBOSANG
                         Defendant

8

9

10                           JOHN T. GORMAN
                         Federal Public Defender

11                           Attorney for Defendant

12

13                           APPROVED:

14

15

16                           KARON V. JOHNSON
                         Assistant U.S. Attorney

17

18

19

20

21

22

23

24

25

26

27

28