IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> vs. <br> JOSEPH U.R.M. ELIBOSANG, <br> Defendant. | CRIMINAL CASE NO. 07-00062 <br><br> **ORDER ACCEPTING PLEAS OF GUILTY AND ADJUDICATING GUILT, AND NOTICE OF SENTENCING** |

Pursuant to the Report and Recommendation of the United States Magistrate Judge, to which there has been no timely objection, the plea of guilty of the Defendant to a three-count Indictment charging him with Theft of Government Property, in violation of 18 U.S.C. § 641, Destruction of Veterans' Memorials, in violation of 18 U.S.C. § 1369, and Criminal Conspiracy to Transport Stolen Goods in Foreign Commerce, in violation of 18 U.S.C. § 2314, are now Accepted and the Defendant is Adjudged Guilty of such offenses. All parties shall appear before this Court for sentencing as on January 28, 2008, at 9:00 a.m.



/s/ **Frances M. Tydingco-Gatewood**
**Chief Judge**
**Dated: Nov 20, 2007**