UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff,<br><br>vs.<br><br>JOSEPH U.R.M. ELIBOSANG<br>Defendant.<br>_____ | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | USDC Cr. Cs. No. 07-00062<br><br>REQUEST TO CONTINUE<br>**SENTENCING HEARING** |

COMES NOW, the United States Probation Officer and respectfully requests the Honorable Court for an Order to continue the Sentencing Hearing set for January 28, 2008. The Probation Officer requests that the Court continue sentencing to February 22, 2008. The continuance is necessary for the Probation Officer to complete the pre-sentence investigation and report with respect to issues regarding restitution with the Department of the Interior. Both parties have no objection to the continuance.

RESPECTFULLY submitted this __8th__ day of January 2008.

Respectfully submitted,

ROSSANNA VILLAGOMEZ-AGUON
Chief U.S. Probation Officer

By:    /s/ Carleen G. Borja
       U.S. Probation Officer

cc:  Karon V. Johnson, AUSA
     John Gorman, Defense Counsel