ROSSANNA VILLAGOMEZ-AGUON
Chief Probation Officer
CARLEEN G. BORJA
U.S. Probation Officer
2nd Floor, U.S. Courthouse
520 West Soledad Avenue
Hagåtña, Guam 96910
Telephone: (671) 473-9201
Facsimile: (671) 473-9202

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 07-00062 |
| Plaintiff, | ) | |
| vs. | ) | |
| JOSEPH U.R.M. ELIBOSANG, | ) | **ORDER** |
| Defendant. | ) | |

Upon request of the U.S. Probation Office, the sentencing hearing is hereby moved from January 28, 2008 to February 22, 2008 at 2:00 p.m. The presentence report shall be provided to the parties no later than January 18, 2008. The parties shall file their responses to the presentence report no later than February 01, 2008. The final presentence report, addendum, and sentence recommendation shall be submitted to the Court and parties no later than February 15, 2008.



/s/ Frances M. Tydingco-Gatewood
    Chief Judge
**Dated: Jan 09, 2008**