AO 456 (Rev. 5/85) Notice

# UNITED STATES DISTRICT COURT

DISTRICT     GUAM

**UNITED STATES OF AMERICA**

V.

**JOSEPH U.R.M. ELIBOSANG**

**NOTICE**

CASE NUMBER: **CR-07-00062**

TYPE OF CASE:

☐ **CIVIL**     X **CRIMINAL**

☐ **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
|  | DATE AND TIME |

TYPE OF PROCEEDING

**SENTENCING**

X **TAKE NOTICE** that a proceeding in this case has been rescheduled as indicated below:

| PLACE<br>U.S. Courthouse<br>520 West Soledad Avenue<br>Hagatna, Guam 96910<br><br>Hon. Frances M. Tydingco-Gatewood | DATE AND TIME PREVIOUSLY SCHEDULED<br><br>March 14, 2008 at 9:30 A.M. | CONTINUED TO DATE AND TIME<br><br>March 31, 2008 at 10:00 A.M. |
|---|---|---|

JEANNE G. QUINATA, CLERK OF COURT
U.S. MAGISTRATE JUDGE OR CLERK OF COURT

March 12, 2008          Virginia T. Kilgore
DATE                                                   /s/ (BY) DEPUTY CLERK

TO:     U.S. Attorney's Office
         Law Offices of Federal Public Defender
         U.S. Probation Office
         U.S. Marshals Service