JOHN T. GORMAN
Federal Public Defender
First Hawaiian Bank Building
400 Route 8, Suite 501
Mongmong, Guam 96910
Telephone:   (671) 472-7111
Facsimile:   (671) 472-7120

Attorney for Defendant
JOSEPH U.R.M. ELIBOSANG

**FILED**
DISTRICT COURT OF GUAM

MAR 1 7 2008 ℟·Ð·

**JEANNE G. QUINATA**
**Clerk of Court**

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR 07-00062 |
| | ) | |
| Plaintiff, | ) | STIPULATION CONTINUING |
| | ) | SENTENCING DATE |
| vs. | ) | |
| | ) | |
| JOSEPH U.R.M. ELIBOSANG, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS HEREBY STIPULATED AND AGREED by and between the parties herein

that the sentencing currently scheduled for March 31, 2008, at 10:00 a.m., be continued to a date

after April 4, 2008. The parties request this new date as defense counsel will be unavailable from

March 27 - April 4, 2008.       .

IT IS SO STIPULATED:

DATED: Mongmong, Guam, March 14, 2008.

JOHN T. GORMAN
Attorney for Defendant
JOSEPH U.R.M. ELIBOSANG

KARON V. JOHNSON
Attorney for Plaintiff
UNITED STATES OF AMERICA

**ORIGINAL**