JOHN T. GORMAN
Federal Public Defender
400 Route 8, Suite 501
Mongmong, Guam 96910
Telephone: (671) 472-7111

Attorney for Defendant
JOSEPH U.R.M. ELIBOSANG

IN THE UNITED STATES DISTRICT COURT
FOR THE TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR 07-00062 |
| | ) | |
| Plaintiff, | ) | ORDER re: STIPULATION |
| | ) | CONTINUING SENTENCING DATE |
| vs. | ) | |
| | ) | |
| JOSEPH U.R.M. ELIBOSANG, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS SO ORDERED that the Sentencing Hearing currently scheduled for March 31, 2008 at 10:00 a.m. is hereby continued to April 9, 2008, at 9:00 a.m.

**SO ORDERED.**



**/s/ Frances M. Tydingco-Gatewood**
   **Chief Judge**
**Dated: Mar 18, 2008**