# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# SENTENCING

CASE NO.: CR-07-00062    DATE: April 09, 2008

HON. FRANCES M. TYDINGCO-GATEWOOD, Chief Judge, Presiding
Law Clerk: Sara Weber    Court Reporter: Wanda Miles
Courtroom Deputy: Carmen B. Santos    Electronically Recorded: 10:30:08 - 11:00:52
Virginia T. Kilgore

**APPEARANCES:**

Defendant: Joseph U.R.M. Elibosang    Attorney: John T. Gorman
☑Present ☐Custody ☐Bond ☑P.R.    ☑Present ☐Retained ☑FPD ☐CJA
U.S. Attorney: Karon Johnson    U.S. Agent: Wm. Kline, Jr., FBI
U.S. Probation: Carleen Borja
Interpreter:    Language:

**PROCEEDINGS: Sentencing**

- Defendant committed to the Bureau of Prisons for a term of 21 months
- Court recommends defendant be incarcerated at FCI Safford, Arizona
- Upon release from imprisonment, defendant is placed on supervised release for a term of 3 years.
- Total restitution ordered in the amount of $58,800.00.
- Special assessment fee of $300.00 shall be paid immediately after sentencing.
- Defendant advised of appeal rights.
- Defendant to self-surrender to the U.S. Marshals Service Guam office upon designation by Bureau of Prisons.

NOTES: